April 17, 2009

Mr. Don W. Kothmann
Knolle Holcomb Kothmann & Callahan, P.C.
7600 N. Capital of Texas Hwy
Building B, Suite 110
Austin, TX 78731
Ms. Heather Lynn Long
Sommerman & Quesada, LLP
3811 Turtle Creek Blvd., Suite 1400
Dallas, TX 75219

RE: Case Number: 07-1028
 Court of Appeals Number: 13-06-00478-CV
 Trial Court Number: 2004-11-5774-B

Style: FORT BROWN VILLAS III CONDOMINIUM ASSOCIATION, INC. D/B/A FORT
 BROWN CONDOSHARES AND LRI MANAGEMENT, INC.
 v.
 COY GILLENWATER

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed per curiam
opinion and judgment in the above-referenced cause. (Justice Johnson not
sitting)

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Cathy Wilborn |
| |Ms. Aurora De La |
| |Garza |